UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------X
                                                     :
TRADE LINKS, LLC,                                    :
                                                     :    3:19-cv-00308 (KAD)(SALM)
                Plaintiff,                           :
                                                     :    JURY TRIAL DEMANDED
                                                     :
        v.                                           :
                                                     :
BI-QEM SA DE CV and BI-QEM, INC.                     :
                                                     :
                Defendants.                          :
                                                     :
-----------------------------------------------------X    April 13, 2020
```

**MOTION FOR LEAVE TO CONDUCT DEPOSITIONS**
**REMOTELY, STENOGRAPHICALLY AND BY AUDIOVISUAL MEANS**

Pursuant to Fed. R. Civ. P. 30(b)(4), and in conjunction with Fed. R. Civ. P. 45, undersigned counsel for Plaintiff Trade Links, LLC hereby moves for Leave to Conduct Depositions Remotely, Stenographically and By Audiovisual Means.

Submitted herewith is Plaintiff's Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that the Motion For Leave to conduct Depositions Remotely, Stenographically And By Audiovisual Means be granted, according to proposed protocols or as otherwise deemed just and proper by the Court.

Respectfully submitted,

PLAINTIFF
TRADE LINKS, LLC

By: /s/ Patrick J. McHugh
Patrick J. McHugh (ct14072)
MHR Lewis (US) LLC
595 Summer Street
Stamford, CT 06901
Tel: (203) 244-0646
pmchugh@mhr-lewis.com

CERTIFICATE OF SERVICE

I hereby certify that on this 13th of April 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

By: /s/Patrick J. McHugh
Patrick J. McHugh